**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1930**

_____

BRIEN O. HILL,

              Plaintiff - Appellant,

        v.

LEARNING EXPERIENCE,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:15-cv-01593-GBL-TCB)

_____

Submitted:  October 17, 2017                                        Decided:  October 19, 2017

_____

Before FLOYD and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Brien O. Hill, Appellant Pro Se.  Richard Maxwell Volin, VOLIN EMPLOYMENT LAW, PLLC, Falls Church, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brien O. Hill appeals the district court's order granting summary judgment to The Learning Experience ("TLE") on Hill's disability discrimination claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hill v. Learning Experience*, No. 1:15-cv-01593-GBL-TCB (E.D. Va. filed July 28, 2017 & entered July 31, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*